No. 87–1341. BROWN CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮

No. 87–6593. FERGUSON *v.* DONALDSON, JUDGE, SAN FRANCISCO MUNICIPAL COURT. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮